[No. 4991-4-III. Division Three. April 19, 1983.]

CHARLES L. TURPIN, *Respondent,* v. CROWN MOBILE
HOMES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 80-2-02139-6, Harry Hazel, J. Pro
Tem., entered February 2, 1982. *Affirmed* by unpublished

opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.